[No. 8501-8-I.   Division One.   January 11, 1982.]

NEIL HANSON, ET AL, *Appellants,* v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for
Snohomish County, No. 138313, Thomas G. McCrea, J.,
entered December 7, 1979. *Affirmed* by unpublished opin-
ion per Callow, J., concurred in by Swanson and Corbett,
JJ.

[No. 9321-5-I.   Division One.   January 11, 1982.]

THE STATE OF WASHINGTON, *Appellant,* v. ADA
LOUISE BEBELLE, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 80-1-02604-2, James J. Dore, J., entered Sep-
tember 12, 1980. *Reversed* and *remanded* by unpublished
opinion per Corbett, J., concurred in by James and
Williams, JJ.

[No. 8608-1-I.   Division One.   January 11, 1982.]

SOUND LEASING AND EQUIPMENT COMPANY, *Appellant,* v.
MCCALLUM/LEGAZ SEAFOODS, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 844792, James J. Dore, J., entered June 15,
1979. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by James and Swanson, JJ.